## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**AHPC SOCIAL TALLAHASSEE, LLC,**

  *Plaintiff,*

**v.**        **Case No.: 4:25cv383-MW/MJF**

**NADIA PATTERSON,**

  *Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. The Magistrate Judge recommends remanding this action to the State court from which Defendant attempts to remove it, and Defendant has filed a notice of consent to the remand, ECF No. 7. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall take all steps necessary to **REMAND** this case to the County Court of Leon County, Florida, and close the file.

**SO ORDERED on September 30, 2025.**

      **s/Mark E. Walker**_____
      **United States District Judge**